

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00399-CV

| | | |
|---|---|---|
| D&M Marine, Inc. d/b/a Phipps & Company Homes | § | From the 431st District Court |
| | § | of Denton County (2008-60228-393) |
| v. | § | August 15, 2013 |
| J. Neal Turner and Kerie B. Turner | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order.  It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant D&M Marine, Inc. d/b/a Phipps & Company Homes shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Gabriel